# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D17-1652

————————————————————

VICTOR JEROME BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

August 8, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Victor Jerome Bell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.